# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE MARSEN, : | |
|     Petitioner, : | |
| : | CIVIL ACTION |
| v. : | NO. 10-5455 |
| : | |
| JOHN A. PALAKOVICH, et al. : | |
|     Respondents. : | |

## ORDER

**AND NOW**, this 28th day of February, 2011, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Magistrate Judge's Report and Recommendation, to which no objections have been filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**.

2. The Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED without prejudice**.

3. There is no basis to issue a certificate of appealability.

4. This case shall be marked closed for statistical purposes.

                                                 **IT IS SO ORDERED.**

                                                 */s/ Paul S. Diamond*

                                                 **Paul S. Diamond, J.**